1    Catherine Valerio Barrad (SBN 168897)
     cbarrad@sidley.com
2    Christine K. Son (SBN 223190)
     cson@sidley.com
3    J. P. Pecht (SBN 233708)
     jpecht@sidley.com
4    SIDLEY AUSTIN LLP
     555 West Fifth Street, Suite 4000
5    Los Angeles, California 90013-1010
     Telephone: (213) 896-6000
6    Facsimile: (213) 896-6600

*E-filing*

7

8    Attorneys For Defendant
     Bayer Corporation

9

10          **UNITED STATES DISTRICT COURT**

       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
           **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| JEANNE DIANE COLLINS, as surviving statutory beneficiary for the wrongful death of FLOYD COLLINS, | CV Case No. 08—1655 EDL |
| Plaintiff, | **DEFENDANT BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| vs. | |
| BAYER CORPORATIONS, a Pennsylvania corporation, aka, BAYER HEALTHCARE and BAYER AG ; and MCKESSON CORPORATION, a Delaware corporation ; JOHN DOES 1-100 and ABC CORPORATIONS 1-100, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

ORIGINAL

1 | financial interest in that subject matter or in a party that could be substantially affected
2 | by the outcome of this proceeding:

3 |       1.    Jeanne Diane Collins.

4 |       2.    Bayer Corporation, which is wholly owned by Bayer AG, a
5 | German corporation.

6 |       2.    Bayer AG, which is a publicly-traded German corporation.

7 |       3.    Bayer HealthCare Pharmaceuticals, Inc., which is indirectly wholly
8 | owned by Bayer AG.

9 |       4.    McKesson Corporation.

10 |      If additional parties become known during the course of discovery, then
11 | Bayer Corporation will amend this certification to bring such additional names to the
12 | attention of the Court.

Dated: March 26, 2008

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son
J. P. Pecht

By: _____
    J. P. Pecht
    Attorneys for Defendant
    Bayer Corporation

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**COLLINS V. BAYER CORPORATION, ET AL.**

1

## PROOF OF SERVICE

2

3   STATE OF CALIFORNIA        )
                                ) ss
4   COUNTY OF LOS ANGELES )

5

6           I am employed in the County of Los Angeles, State of California.  I

7   am over the age of 18 years and not a party to the within action.  My business

8   address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

9           On March 27, 2008, I served the foregoing document described as

10  **DEFENDANT BAYER CORPORATION'S CERTIFICATION OF**

11  **INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-**

12  **16 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** on all interested

13  parties in this action as follows (or as on the attached service list):

14  Robert F. Clarke, Esq.             Farley J. Newman, Esq.
    Lowell W. Finson, Esq.             James F. Hetherington, Esq.
15  Phillips & Associates              Jenkins Goodman Newman & Hamilton
    3030 N. 3rd St., Ste. 1100         LLP
16  Phoenix, AZ 85012                  417 Montgomery Street, 10th Floor
                                       San Francisco, CA 94104

17

18  ☒    (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as
    follows:  I placed true copies of the document(s) in a sealed envelope addressed to
19  each interested party as shown above.  I placed each such envelope with postage
    thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los
20  Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for
    collection and processing of correspondence for mailing with the United States
21  Postal Service.  Under that practice, the correspondence would be deposited in the
    United States Postal Service on that same day in the ordinary course of business.

22          I declare under penalty of perjury under the laws of the United States

23  of America that the above is true and correct.

24          Executed on March 27, 2008, at Los Angeles, California.

25

26                                      Deborah J. Kelly

27

28

                                **PROOF OF SERVICE**