Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine K. Son (SBN 223190)
cson@sidley.com
J. P. Pecht (SBN 233708)
jpecht@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

E-filing

Attorneys For Defendant
Bayer Corporation

FILED
08 MAR 27 AM 11:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

CV 08  1655  EDL

| | |
|---|---|
| JEANNE DIANE COLLINS, as surviving statutory beneficiary for the wrongful death of FLOYD COLLINS, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER CORPORATIONS, a Pennsylvania corporation, aka, BAYER HEALTHCARE and BAYER AG ; and MCKESSON CORPORATION, a Delaware corporation ; JOHN DOES 1-100 and ABC CORPORATIONS 1-100, <br><br> Defendants. | Case No. _____ <br><br> **DEFENDANT BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Pursuant to Civil Local Rule 3-13, Bayer Corporation gives notice that the above-captioned action involves a material part of the same subject matter as the following pending actions and proceedings, which concern the assertion of personal injury claims relating to the use of the prescription medication Trasylol®.

BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
COLLINS V. BAYER CORPORATION, ET AL.

ORIGINAL

1      <u>Cases Pending In the Northern District of California:</u>

2      *Storer ex rel. Nitzberg v. Bayer Corp.*, Case No. 07-4399, filed on or about
3 August 27, 2007. The case has been assigned to the Hon. Claudia Wilken.

4      *De Leon et al. v. Bayer Pharmaceutical Corp.*, Case No. 07-6206, filed on or
5 about May 17, 2007. The case has been assigned to the Hon. Claudia Wilken.

6      *Minard et al. v. Bayer Corp.*, Case No. 08-739, filed on or about March 10,
7 2008. The case has been assigned to the Hon. Claudia Wilken.

8      <u>Cases Pending In Other State and Federal Courts:</u>

9      *Alston v. Bayer Corp.,* March Term, 2008 Case No. 1147, pending in the
10 Philadelphia, Pennsylvania Court of Common Pleas.

11      *Patricia Baasch, Individually and as Administrator for the Estate of Cheri*
12 *Sumpman v. Bayer Corp.*, January Term, 2008 Case No. 2316, pending in the
13 Philadelphia, Pennsylvania Court of Common Pleas.

14      *Bakan v. Bayer Corp.*, Case No. 07-220, pending in the United States District
15 Court for the Middle District of Florida.

16      *Baker v. Bayer Corp.*, Case No. 1:08-CV-0266, pending in the United States
17 District Court, Northern District of Georgia.

18      *Baldelli v. Bayer Corp*, January Term, 2008 Case No. 3064, pending in the
19 Philadelphia, Pennsylvania Court of Common Pleas.

20      *Ballard v. Bayer Corp.*, Case No. 07-CV-01288-VLB, pending in the New
21 Haven, Connecticut Superior Court.

22      *Balogh v. Bayer Corp.*, October Term, 2007 Case No. 614, pending in the
23 Philadelphia, Pennsylvania Court of Common Pleas.

24      *Beaver v. Bayer Corp.*, January Term, 2008 Case No. 2979, pending in the
25 Philadelphia, Pennsylvania Court of Common Pleas.

26      *Booterbaugh v. Bayer Corp.*, Case No. 2:08-CV-80, pending in the United
27 States District Court, Southern District of Ohio.

28

*Burt v. Bayer Corp.*, February Term, 2008 Case No. 1257, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Campbell v. Bayer Corp.*, Case No. _____, pending in the Superior Court, Judicial District of New Haven, Conn.

*Caruso v. Bayer Corp.*, Case No. 3:08-CV-77 CFD, pending in the United States District Court, District of Connecticut.

*Chavez v. Bayer Corp.*, Case No. CV-08-5016268-S, pending in the Superior Court, Judicial District of New Haven, Conn.

*Cohen v. Bayer Corp.*, Case No. CV-07-5015869-S, pending in the New Haven, Connecticut Superior Court.

*Cooper v. Bayer Corp.*, December Term, 2007 Case No. 0146, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Cotton, Individually and as Personal Representative of the Estate of Roy L. Jerrell v. Bayer Corp.*, February Term, 2008 Case No. 3367, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Davis v. Bayer Corp.*, Case No. 07-115, pending in the United States District Court for the Middle District of Tennessee.

*De Toro v. Bayer Corp.*, Case No. 3428, writ of summons filed and pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Domnitz v. Bayer Corp.*, December Term, 2007, Case No. 3458, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Durkin v. Bayer Corp.*, Case No. 07-CV-7162, pending in the United States District Court for the Northern District of Illinois.

*Eannarino v. Bayer Corp.*, Case No. 3:08 CV 78 SRU, pending in the United States District Court, District of Connecticut.

*Fast v. Bayer Corp.*, Case No. 07-82, pending in the United States District Court for the Northern District of West Virginia.

1     *Forester v. Bayer Corp.*, Case No.     , pending in the New Haven, Connecticut
2 Superior Court.
3     *Foster v. Bayer Corp.*, January Term, 2008 Case No. 3065, pending in the
4 Philadelphia, Pennsylvania Court of Common Pleas.
5     *Fox v. Bayer Corp.*, Case No. 0277, writ of summons filed and pending in the
6 Philadelphia, Pennsylvania Court of Common Pleas.
7     *Glunt v. Bayer Corp.*, Case No. 1080, writ of summons filed and pending in the
8 Philadelphia, Pennsylvania Court of Common Pleas.
9     *Green v. Bayer Corp.*, September Term, 2007 Case No. 1904, pending in the
10 Philadelphia, Pennsylvania Court of Common Pleas.
11     *Hertel v. Bayer Corp.*, January Term, 2008 Case No. 2320, pending in the
12 Philadelphia, Pennsylvania Court of Common Pleas.
13     *Holman v. Bayer Corp.*, Case No. 2:08 CV 151, pending in the United States
14 District Court, Southern District of Ohio.
15     *Jacobs v. Bayer Corp.*, Case No. ATL-L-276-08, pending in the Superior Court
16 of New Jersey, Law Division, Atlantic County.
17     *Jerrell v. Bayer Corp.*, February Term, 2008 Case No. 1259, pending in the
18 Philadelphia, Pennsylvania Court of Common Pleas.
19     *Kahr v. Bayer Corp.*, Case No. 2:08 CV 152, pending in the United States
20 District Court, Southern District of Ohio.
21     *Kaplan v. Bayer Corp.*, Case No. ATL-L-234-08, pending in the Superior Court
22 of New Jersey, Law Division, Atlantic County.
23     *King v. Bayer Corp.*, January Term, 2008 Case No. 2327, pending in the
24 Philadelphia, Pennsylvania Court of Common Pleas.
25     *Lanham v. Bayer Corp.*, Case No. 07-1687, pending in the United States
26 District Court for the Southern District of Texas.
27
28

1  *Ledger v. Bayer Corp.*, January Term, 2008 Case No. 4433, pending in the
2  Philadelphia, Pennsylvania Court of Common Pleas.

3  *Mack v. Bayer Corp.*, No. 07-1151, pending in the United States District Court
4  for the District of Connecticut.

5  *Mathews v. Bayer Corp.*, February Term, 2008 Case No. 1254, pending in the
6  Philadelphia, Pennsylvania Court of Common Pleas.

7  *McGowan v. Bayer Corp.*, Case No. ATL-L-277-08, pending in the Superior
8  Court of New Jersey, Law Division, Atlantic County.

9  *Mittlelman v. Bayer Corp.*, Case No. 1:08-CV-0218, pending in the United
10 States District Court, Northern District of Georgia.

11 *Monahan v. Bayer Corp.*, Case No. 3:08-CV-00137-WWE, pending in the
12 United State District Court, District of Connecticut.

13 *Morrill v. Bayer Pharmaceuticals Corp.*, Case No. 07-819, pending in the
14 United States District Court for the Middle District of Florida.

15 *Murray v. Bayer Corp.*, Case No. ATL-L-275-08, pending in the Superior Court
16 of New Jersey, Law Division, Atlantic County.

17 *Nakis v. Bayer Corp.*, Case No. 4:08-CV-337, pending in the United States
18 District Court, Eastern District of Montana.

19 *Nelson v. Bayer Corp.*, December Term, 2007 Case No. 3336, pending in the
20 Philadelphia, Pennsylvania Court of Common Pleas.

21 *O'Brien v. Bayer Corp.*, Case No. CJ-2007-10845, pending in the District
22 Court of Oklahoma County, Oklahoma.

23 *O'Connor v. Bayer Corp.*, Case No. 07-633, pending in the United States
24 District Court for the Southern District of California.

25 *Oshop v. Bayer Corp.*, Case No. CV-07-5015142-S, pending in the New Haven,
26 Connecticut Superior Court.

27

28

5

BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
COLLINS V. BAYER CORPORATION, ET AL.

1  *Pais v. Bayer Corp.*, December Term, 2007 Case No. 3458, pending in the
2  Philadelphia, Pennsylvania Court of Common Pleas.
3  *Pesl v. Bayer Corp.*, Case No. 07-2819, pending in the United States District
4  Court for the Southern District of Texas.
5  *Pidgeon v. Bayer Corp.*, December Term, 2007 Case No. 2127, pending in the
6  Philadelphia, Pennsylvania Court of Common Pleas.
7  *Randone v. Bayer Corp.*, Case No. CV-07-5015868-S, pending in the New
8  Haven, Connecticut Superior Court.
9  *Reber v. Bayer Corp.*, Case No. NNH-CV-07-5013304-S, pending in the New
10  Haven, Connecticut Superior Court.
11  *Reedy v. Bayer Corp.*, Case No. 1:08-CV-0267, pending in the United States
12  District Court, for the Northern District of Georgia.
13  *Reider v. Bayer Corp.*, Case No. 07-1688, pending in the United States District
14  Court for the Western District of Louisiana.
15  *Rice v. Bayer Corp.*, January Term, 2008 Case No. 2980, pending in the
16  Philadelphia, Pennsylvania Court of Common Pleas.
17  *Rodriguez, v. Bayer Corp.*, Case No. 07-81172-CIV-Middlebrooks/Johnson,
18  pending in the United States District Court, Southern District of Florida.
19  *Sessums v. Bayer AG*, Case No. 07-436, pending in the United States District
20  Court for the Southern District of Mississippi.
21  *Shaw v. Bayer Corp.*, Case No. 4-07-CV-176, pending in the United States
22  District Court, for the Northern District of Georgia.
23  *Sipe v. Bayer Corp.*, January Term, 2008 Case No. 2325, pending in the
24  Philadelphia, Pennsylvania Court of Common Pleas.
25  *Steptoe v. Bayer Corp.*, Case No. CV5 08-005, pending in the United States
26  District Court, for the Southern District of Georgia.
27
28

1  *Thompson v. Bayer Corp.*, January Term, 2008 Case No. 2816, pending in the
2  Philadelphia, Pennsylvania Court of Common Pleas.
3  *Tongish v. Bayer Corp.*, January Term, 2008 Case No. 0395, pending in the
4  Philadelphia, Pennsylvania Court of Common Pleas.
5  *Walker v. Bayer Healthcare AG*, Case No. 3:08 CV 396, pending in the United
6  States District Court in the District of Connecticut.
7  *Ware v. Bayer Corp.*, Case No. 07-CV-01305, pending in the United States
8  District Court for the Central District of California.
9  *Wash v. Bayer Corp.*, Case No. 4:08-CV-25, pending in the United States
10 District Court for the Middle District of Georgia.
11 *Wease v. Bayer Corp.*, Case No. 07-1659, pending in the United States District
12 Court for the Northern District of Georgia.
13 *Williams v. Bayer Corp.*, Case No. 07-0004, pending in the United States
14 District Court for the Middle District of Tennessee.
15 *Wilson v. Bayer Corp.*, December Term, 2007 Case No. 4575, pending in the
16 Philadelphia, Pennsylvania Court of Common Pleas.

19 Dated: March 26, 2008

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son
J. P. Pecht

By: /s/ J. P. Pecht

J. P. Pecht
Attorneys for Defendant
Bayer Corporation

7

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On March 27, 2008, I served the foregoing document described as **DEFENDANT BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| Robert F. Clarke, Esq.<br>Lowell W. Finson, Esq.<br>Phillips & Associates<br>3030 N. 3rd St., Ste. 1100<br>Phoenix, AZ 85012 | Farley J. Newman, Esq.<br>James F. Hetherington, Esq.<br>Jenkins Goodman Newman & Hamilton LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 |

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 27, 2008, at Los Angeles, California.

*Deborah J. Kelly* (signature)
Deborah J. Kelly