1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  J.P. Pecht (SBN 233708)
   jpecht@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
6  Facsimile: (213) 896-6600

7
   Attorneys For Defendant
8  Bayer Corporation

9

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE DIANE COLLINS, as surviving statutory beneficiary for the wrongful death of FLOYD COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, a Pennsylvania corporation, aka, BAYER HEALTHCARE and BAYER AG ; and MCKESSON CORPORATION, a Delaware Corporation ; JOHN DOES 1-100 and ABC CORPORATIONS 1-100, <br><br> Defendants. | Case No. CV-08-1655-EDL <br><br> Complaint Filed: December 31, 2007 <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 08-CV-1655-EDL

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On March 28, 2008, I served the foregoing documents: 1) ECF Registration Information Handout; 2) Welcome to the U.S. District Court, San Francisco; 3) Drop Box Filing Procedures; 4) Notice of Assignment of Case to a United States Magistrate Judge for Trial; 5) Order Setting Initial Case Management Conference And ADR Deadlines; 6) Standing Order – Magistrate Judge Elizabeth D. Laporte; 7) Standing Order re Case Management Conference; and 8) Standing Order for All Judges of the Northern District of California on all interested parties in this action as follows:

| | |
|---|---|
| Robert F. Clarke, Esq. | Farley J. Newman, Esq. |
| Lowell W. Finson, Esq. | James F. Hetherington, Esq. |
| Phillips & Associates | Jenkins Goodman Newman & |
| 3030 N. 3rd St., Ste 1100 | Hamilton LLP |
| Phoenix, AZ 85012 | 417 Montgomery St., 10th Floor |
| | San Francisco, CA 94104 |

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 28, 2008, at Los Angeles, California.

_____
Eva A. Fitzhugh

3

**PROOF OF SERVICE**
CASE NO. 08-CV-1655-EDL