Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine Kim Son (SBN 223190)
cson@sidley.com
J. P. Pecht (SBN 233708)
jpecht@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendant
Bayer Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE DIANE COLLINS, as surviving statutory beneficiary for the wrongful death of FLOYD COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYER CORPORATION, a Pennsylvania corporation, aka, BAYER HEALTHCARE and BAYER AG; and MCKESSON CORPORATION, a Delaware corporation; JOHN DOES 1-100 and ABC CORPORATIONS 1-100,<br><br>        Defendants. | Case No. 3:08-cv-01655 EDL<br><br>Assigned to: Magistrate Judge Elizabeth D. Laporte<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 4, 2008       SIDLEY AUSTIN LLP


By: /s/ *Catherine Valerio Barrad*
    Catherine Valerio Barrad
    Attorneys for Defendant
    Bayer Corporation

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              )  ss
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On April 4, 2008, I served the foregoing document(s) described as **DECLINATION TO PROCEED BEFORE MAGISTRATE** on all interested parties in this action as follows (or as on the attached service list):

Robert F. Clarke, Esq.
Lowell W. Finson, Esq.
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, AZ  85012

I served the foregoing document(s) by U.S. Mail, as follows:  I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

party served.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 4, 2008, at Los Angeles, California.


                                        */s/ Deborah J. Kelly*

3

**DECLINATION TO PROCEED BEFORE MAGISTRATE**
**Case No. 3:08-cv-01655 EDL**