**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                   415.522.2000

**April 7, 2008**

**CASE NUMBER:  CV 08-01655 EDL**
**CASE TITLE:  JEANNE D. COLLINS-v-BAYER CORP.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/7/08

                                                FOR THE EXECUTIVE COMMITTEE:

                                                _____
                                                               Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                             Entered in Computer 4/7/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA