1 | Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
2 | Christine Kim Son (SBN 223190)
cson@sidley.com
3 | J. P. Pecht (SBN 233708)
jpecht@sidley.com
4 | SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
5 | Los Angeles, California 90013-1010
Telephone: (213) 896-6000
6 | Facsimile: (213) 896-6600

Attorneys For Defendant
Bayer Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE DIANE COLLINS, as surviving statutory beneficiary for the wrongful death of FLOYD COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYER CORPORATION, a Pennsylvania corporation, aka, BAYER HEALTHCARE and BAYER AG; and MCKESSON CORPORATION, a Delaware corporation; JOHN DOES 1-100 and ABC CORPORATIONS 1-100,<br><br>　　　　　Defendants. | Case No. 3:08-cv-01655 SI<br><br>Assigned to: Honorable Susan Illston<br><br>**STIPULATED [PROPOSED] ORDER RE DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION PURSUANT TO LOCAL RULE 7-11** |

**[PROPOSED] ORDER**
**Case No. 3:08-cv-01655 SI**

1  Upon consideration of the Defendant's Unopposed Motion for Administrative
2  Relief To Stay Proceedings Pending Transfer To Multidistrict Litigation Pursuant To Local Rule
3  7-11 and the parties' related Stipulation:
4  **IT IS HEREBY ORDERED** that all deadlines and proceedings are STAYED in
5  the above-captioned case pending transfer of this case by the Judicial Panel on Multidistrict
6  Litigation to MDL No. 1928, *In re Trasylol Products Liability Litigation*.
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.
8  This ____ day of April, 2008.

_____
United States District Judge

---

**[PROPOSED] ORDER**
**Case No. 3:08-cv-01655 SI**