Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION         MDL No. 1928

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION       MDL No. 1928

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**       **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 08-1655      Jeanne Diane Collins, etc. v. Bayer Corp., et al.
  CAN 4 08-739      Carol Minard, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT 3 08-77      Roseann Caruso, et al. v. Bayer Corp., et al.
  CT 3 08-78      Matthew Eannarino, et al. v. Bayer Corp., et al.
  CT 3 08-137      David A. Monahan, et al. v. Bayer Corp., et al.
  CT 3 08-396      Clarence Walker, et al. v. Bayer Healthcare AG, et al.

GEORGIA MIDDLE
  GAM 4 08-25      Derek Wash, etc. v. Bayer Corp., et al.

GEORGIA NORTHERN
  GAN 1 08-218      Melva L. Mittelman, etc. v. Bayer Corp., et al.
  GAN 1 08-266      Marilise Baker, etc. v. Bayer Corp., et al.
  GAN 1 08-267      Helen Reedy, etc. v. Bayer Corp., et al.

GEORGIA SOUTHERN
  GAS 5 08-5      Jerlene Steptoe v. Bayer Corp., et al.

NEW JERSEY
  NJ 2 08-1541      Emma C. Davis, etc. v. Bayer Corp., et al.

OHIO SOUTHERN
  OHS 2 08-80      Jodi Booterbaugh, etc. v. Bayer Corp., et al.
  OHS 2 08-151      Delores Holman v. Bayer Corp., et al.
  OHS 2 08-152      Ruth Kahr, etc. v. Bayer Corp., et al.

Case 1:08-md-01928-DMM Document 61 Entered on FLSD Docket 05/27/2008 Page 3 of 6
Case 8:08-cv-01655-SDM Document 4 Filed 05/28/2008 Page 3 of 6
IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION     MDL No. 1928

## INVOLVED COUNSEL LIST (CTO-1)

Rachel Beth Abrams
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388

Thomas R. Anapol
ANAPOL SCHWARTZ WEISS ET AL
1040 Kings Highway
Suite 304
Cherry Hill, NJ 08034

Brian H. Barr
LEVIN PAPANTONIO THOMAS ET AL
P.O. Box 12308
Pensacola, FL 32591

Catherine V. Barrad
SIDLEY AUSTIN LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Charles A. Childers
CHILDERS BUCK & SCHLUETER
260 Peachtree Street
Suite 1601
Atlanta, GA 30303

Dawn M. Chmielewski
CLIMACO LEFKOWITZ PECA WILCOX &
GARFOLI CO LPA
55 Public Square, Suite 1950
Cleveland, OH 44113

Robert F. Clarke
PHILLIPS & ASSOCIATES
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Glen M. Darbyshire
INGLESBY FALLIGANT HORNE ET AL
P.O. Box 1368
Savannah, GA 31402-1368

Lorna A. Dotro
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962-1917

Joyce D. Edelman
PORTER WRIGHT MORRIS & ARTHUR
41 S. High Street
Columbus, OH 43215

Seth A. Litman
ALEMBIK FINE & CALLNER
Suntrust Tower, 37th Floor
303 Peachtree Street, NE
Atlanta, GA 30308

Scott A. Love
FLEMING & ASSOCIATES LLP
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056-3104

Robert Craig McLaughlin
ELK & ELK
6110 Parkland Boulevard, Suite 100
Mayfield Heights, OH 44124

Douglas C. Monsour
MONSOUR LAW FIRM
404 North Green Street
P.O. Box 4209
Longview, TX 75601

Neal Lewis Moskow
URY & MOSKOW LLC
883 Black Rock Turnpike
Fairfield, CT 06825

James Paul Pecht
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010

Matthew Neal Pope
LAW OFFICES OF MATTHEW N POPE PC
205 Ninth Street
Columbus, GA 31901

Alan G. Schwartz
WIGGIN & DANA
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Brian D. Turner, Jr.
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

David F. Walbert
PARKS CHESIN & WALBERT
75 Fourteenth Street, Suite 2600
Atlanta, GA 30309

# INVOLVED JUDGES LIST (CTO-1)

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Christopher F. Droney
U.S. District Judge
228 Abraham Ribicoff Federal Building &
 U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Warren W. Eginton
Senior U.S. District Judge
335 Brien McMahon Federal Building &
 U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Janet C. Hall
U.S. District Judge
417 Brien McMahon Federal Building &
 U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Building &
 U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902-2017

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal Building &
 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Federal Building &
 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal Building &
 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. William T. Moore, Jr
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412-0445

Hon. Faith S. Hochberg
U.S. District Judge
Martin Luther King, Jr. Federal Building &
 U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**        MDL No. 1928

## INVOLVED CLERKS LIST (CTO-1)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

May 9, 2008

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Re: MDL No. 1928 -- IN RE: Trasylol Products Liability Litigation

(See Attached CTO-1)

Dear Mr. Larimore:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 23, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature: Denise Mangan-Stone]
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Donald M. Middlebrooks
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36